UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJEENAH CRITTENDON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANGELICA MULDROW,<br><br>    Defendant. | Case No. 22-cv-09153-RS<br><br>**ORDER REOPENING CASE, VACATING ORDER OF DISMISSAL IN PART, AND SETTING CASE MANAGEMENT CONFERENCE** |

On August 29, 2024, the Ninth Circuit entered a ruling reversing in part the August 22, 2023 Order Granting Motion to Dismiss. Dkt. No. 75. A mandate was issued under Rule 41(a) of the Federal Rules of Appellate Procedure on September 20, 2024. Dkt. No. 80. Based on the Ninth Circuit's ruling, this action is reopened and the August 23, 2023 Judgment in favor of appellee, Dkt. No. 75, is vacated in part. A case management conference is set on November 14, 2024. A case management statement is due on November 7, 2024.

**IT IS SO ORDERED**.

Dated: September 23, 2024

                                          RICHARD SEEBORG<br>
                                        Chief United States District Judge