1  Angelica Muldrow
2  15 Franklin st 235
3  Avondale Estates Ga 30002
4  angelicamuldrow@ymail.com
5  Pro se
6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9                    Division ☐ San Francisco ☐ Oakland

| | |
|---|---|
| Ajeenah Crittendon, EZ E-file Tax Preparers | Case Number: 3:22-cv-09153-RS |
| Plaintiff, | **MOTION TO TRANSFER VENUE AND REQUEST FOR MENTAL HEALTH EVALUATION** |
| vs. | November 2, 2024 |
| Angelica Muldrow | Hon Richard Seeborg |
| Defendant. | |

## I. INTRODUCTION

Defendant Muldrow respectfully moves this Court to transfer venue to the United States District Court for the Northern District of Georgia under 28 U.S.C. § 1404(a). This request is based on substantial financial and personal hardships, including $167,000.00 tax bill from IRS caused by Plaintiff, Plaintiff's escalating harassment, and her retaliatory actions, which include issuing over $4 million in new fraudulent 1099 tax forms, sending threatening communications, and circumventing Defendant's attempts to block further contact, Georgia being de facto witness to Plaintiffs conduct written about in alleged defamatory review in question and potential counterclaims. Defendant further requests a mental health evaluation of Plaintiff pursuant to Rule 35(a) of the Federal Rules of Civil Procedure, as Plaintiff's behavior raises significant concerns about her mental and emotional stability. Plaintiff's statements, including claims about Defendant will hear Plaintiff's deceased daughter's voice and Plaintiff's issuance of 2 fraudulent 1099s in her deceased daughter's name, strongly suggest that Plaintiff may not be operating with sound judgment, impacting the integrity of these proceedings.

## II. FACTUAL BACKGROUND

In 2021, Defendant became increasingly concerned about her mother's safety due to Plaintiff's irrational behaviors while serving as guardian. Expressing these concerns has led to Plaintiff engaging in various forms of harassment against Defendant, including:

• Sending threatening emails and letters.

• Issuing fraudulent IRS Form 1099s using Defendant's Social Security number.

• Attempting to contact Defendant's military commander to tarnish her reputation.

• Initiating a meritless lawsuit, including the current defamation claim.

• Making harassing phone calls.

- Sending 20-30 letters to defendant's home address letters addressed to defendant and the ward

In February 2022 Defendant filed a lawsuit in Georgia against Plaintiff for issuing a fraudulent 1099, resulting in a judgment against Plaintiff and an injunction prohibiting her from issuing further fraudulent 1099s. See Exhibit A

The judgement and injunction was issued March 2022.

In April 2022 immediately after judgement and injunction was entered Defendant posted an online review to inform the public of Plaintiff's fraudulent activities, which led Plaintiff to file the present defamation lawsuit as part of a broader vendetta to harass, silence, and intimidate Defendant.

On May 8, 2023, As a result of Plaintiff's violations of fiduciary duties which included issuing fraudulent 1099s in the wards name, she was removed as guardian, and Defendant was appointed as her mother's guardian.  See Exhibit B

 Subsequently beginning 2023 - present, Despite the court order and injunction, Plaintiff has continued her harassment by issuing additional fraudulent 1099s totaling $4,139,775.00 to Defendant and her ward. See Exhibit C

In December 2023 Plaintiff sent a disturbing email to Defendant which raises serious concerns about Plaintiffs mental health and clearly shows that she believes she is in collaboration with her deceased daughter to go after Muldrow.  See exhibit D

Given the extensive history of harassment, fraudulent activities, and the existing court injunction, Defendant seeks to transfer this case to the appropriate jurisdiction and requests a mental health evaluation of Plaintiff to assess her competency and intent in pursuing this litigation.

**1. Existing Fraud Judgment and Injunction in Georgia:**

In March 2022 a Fraud Judgement was issued against Plaintiff in the Northern District of Georgia, additionally Judge Timothy C Batten ordered Plaintiff to not issue any more Fraudulent 1099s. Plaintiff previously issued fraudulent 1099 tax forms, leading to a fraud judgment and an injunction in the State of Georgia prohibiting further issuance of fraudulent 1099s. Plaintiff has violated this injunction by continuing to issue fraudulent tax forms in the amount of over 4 million dollars, highlighting the need for judicial oversight in Georgia, where these matters have previously been adjudicated. SEE EXHIBIT A

**2. Plaintiff's Retaliatory Response to Defendant's Online Review:**

In April 2022 in response to Defendant's review exposing Plaintiff's issuance of fraudulent 1099s, Plaintiff posted the following statement publicly online:

"Angelica Muldrow is a person who suffers from Mental Illness. To be specific, Bipolar with Schizophrenia effect and PTSD. How do I know? She is the daughter of the CEO. Angelica Muldrow lied to her attorney that the business does business in the state of Georgia. Along with the lie that the CEO does business and own property in Georgia. Both are LIES/FALSE! Her and her attorney were successful with expediating the matter before the District Court in Georgia before the company and CEO were able to secure legal representation. However, once legal representation was secure Motion

to Side Aside Judgement was filed. Ms. Muldrow should speak to her Attorney regarding the matter so that he can bring her up to speed." This statement, made in direct response to Defendant's alleged defamation review, was intended to retaliate by discrediting Defendant's mental health and integrity, causing reputational harm within Defendant's home jurisdiction of Georgia. SEE EXHIBIT E

**3. New Fraudulent 1099s Totaling Over $4 Million:**

Plaintiff was previously the Legal guardian of Defendants Mother who has dementia and has been deemed as mentally incompetent. On May 8,2023 Plaintiff was removed as guardian due to issuing fraudulent 1099 forms in the wards name, the court found Plaintiff Crittendon guilty of violating her fiduciary duties. Guardianship was then transferred to Muldrow. Defendant is now the guardian and provides 24/7 care to the ward. Defendant has since began to harass the ward sending countless letters and 1099s to Defendants home address in Georgia. Defendant has received roughly 20-30 letters and 1099s in her and the wards name. Since this lawsuit began, Plaintiff has issued a total of $4,139,775.00 in fraudulent 1099 tax forms to Defendant and Defendant's ward, a dementia patient, in direct violation of the Georgia court's injunction. SEE EXHIBIT C

**4. Escalating Harassment Through Threatening and Profane Emails:**

Plaintiff sent Defendant harassing emails, filled with profanity and threats. In one email, Plaintiff stated, "The last words that my daughter stated to me on her death bed, is that she hope I get your ass, Angelica and I am going to make sure that I get your craving, hateful ass." Plaintiff also stated that Defendant would "hear her (Plaintiff's) voice and her dead daughter's voice," suggesting that Plaintiff believes she is acting in collaboration with her deceased daughter to harm Defendant. This statement raises concerns about Plaintiff's mental state and judgment. Shortly after email was received Defendant received a series of 1099s 2 of which were from Plaintiff's deceased daughter's estate for Defendant and Defendants ward. Plaintiff also issued a 1099 to Defendant in her husband

Steve Kyles name AND IN Plaintiffs own name (SEE EXHIBIT C)  Crittendon is named in court documents as the sole operator of her daughter Andrea Taylor's estate.  SEE EXHIBIT F

**5. Plaintiff Circumventing Email Blocks:**

Despite Defendant's attempts to block Plaintiff's emails due to the ongoing harassment, Plaintiff has repeatedly circumvented these blocks by creating new email addresses to continue contacting Defendant. This persistent behavior, combined with her threatening statements, demonstrates an escalating pattern of harassment that directly impacts Defendant's well-being and ability to engage in the legal process effectively.

**6.  Georgia Court as a "Witness" to Plaintiff's Conduct:**

The Georgia court's previous judgment and injunction against Plaintiff's fraudulent activities position it as a de facto "witness" in this case. Its familiarity with Plaintiff's financial misconduct provides continuity, allowing Georgia to handle all related claims without re-establishing facts already reviewed.

**7. Financial Hardship Due to Cost of Living and Legal Representation:**

The fraudulent $4,139,775.00 in 1099s and the $167,000 IRS tax bill have imposed severe financial hardship on Defendant. The additional IRS tax bill of $167,000 directly from the IRS due to Plaintiff not following the Georgia's court order demanding her to correct the 1099 tax forms, the IRS is requesting payment be submitted immediately and interest is accruing daily. (SEE EXHIBIT G) Defendant anticipates soon facing homelessness if forms are not corrected by Plaintiff. Plaintiff's refusal to correct these 1099s and violation of the injunction further support the need for judicial intervention in Georgia. Combined with California's high cost of living where attorneys charge more to meet the high cost of living and legal fees, these burdens make it challenging for Defendant to secure adequate representation. Georgia's lower cost of living enables Defendant to obtain affordable legal representation essential for a fair defense. The IRS has not sent bill for the additional 4 million

plus in income however they have began assessing a portion of the income and Defendant anticpates a bill from IRS of over 1 million dollars if 1099s are not corrected. (See exhibit H )This is another reason Georgia should deal with Plaintiff's conduct they specifically issued judgement telling her not to issue more fraudulent forms.

**8. Defendant's Role as Guardian and Ongoing Caregiving Responsibilities:**

Defendant is the legal guardian of the ward who has dementia, as well as a single mother and primary caregiver for 2 minor children under the ages of 10 . Plaintiff's issuance of $4 million in 1099s to a vulnerable individual with dementia constitutes a direct interference with Defendant's guardianship duties, impacting both financial and personal aspects of the ward's care.

**9. Potential Counterclaims:**

• **Intentional Infliction of Emotional Distress**: Plaintiff's issuance of millions in fraudulent 1099s, violation of the injunction, targeted harassment, and threatening emails constitute extreme and outrageous behavior intended to cause severe emotional distress.

• **Abuse of Process:** Plaintiff's misuse of fraudulent 1099s, despite the ongoing litigation, demonstrates a pattern of misusing legal and financial processes to intimidate and harass.

• **Fraud:** Plaintiff's continued issuance of fraudulent 1099s, despite a court order, constitutes fraud, as these filings misrepresent Defendant's and the ward's financial standing to third parties, including the IRS.

• **Defamation**: Plaintiff's public statements about Defendant's alleged mental health conditions were made with malice, aiming to discredit Defendant in response to the online review.

• **False Light:** The publication of false statements about Defendant's mental health places Defendant in a false light, causing reputational harm.

• **Public Disclosure of Private Facts**: Plaintiff's public statements regarding Defendant's mental health were unnecessary and highly offensive, disclosing private information with no legitimate

public concern.

- **Malicious Prosecution**: Plaintiff's lawsuit may constitute malicious prosecution if it was filed with malicious intent, without legitimate grounds, and solely to intimidate or retaliate against Defendant.
- **Civil Conspiracy:** If Plaintiff coordinated with others in issuing fraudulent 1099s or other actions against Defendant, a civil conspiracy claim may apply, involving concerted actions intended to harm Defendant.
- **Harassment or Vexatious Litigation:** Plaintiff's pattern of fraudulent 1099s, profane and threatening emails, and repeated legal actions may be considered harassment or vexatious litigation, intending to burden or intimidate Defendant.
- **Contempt of Court:** Plaintiff's disregard for the Georgia court's injunction and continued issuance of fraudulent 1099s warrants a claim for contempt of court.
- **Tortious Interference with Guardianship Duties**: Plaintiff's targeting of the ward through fraudulent 1099s interferes with Defendant's responsibilities as a legal guardian, obstructing the ability to manage the ward's care.
- **Intentional Interference with Prospective Economic Advantage:** Plaintiff's actions may have interfered with Defendant's professional and financial opportunities, impacting future economic prospects.
- **Harassment:** Plaintiff's recent threatening emails, combined with the issuance of fraudulent 1099s, constitute a clear pattern of harassment intended to intimidate and distress Defendant.

### III. REQUEST FOR MENTAL HEALTH EVALUATION UNDER RULE 35(a)

Pursuant to Rule 35(a) of the Federal Rules of Civil Procedure, Defendant requests that the Court order a mental health evaluation of Plaintiff. Under Rule 35(a), a mental evaluation may be ordered if

a party's mental condition is "in controversy" and there is "good cause" to support the request. Defendant respectfully submits that both conditions are met in this case, as follows:

• **Mental Condition in Controversy:** Plaintiff's mental and emotional stability are directly relevant to the proceedings due to her persistent harassment, threatening statements, and irrational behavior. The nature of Plaintiff's statements—such as claiming to be acting on the wishes of her deceased daughter and issuing a fraudulent 1099 in the deceased daughter's name—raise significant questions regarding her ability to participate rationally in legal proceedings.

• **Good Cause:** Plaintiff's behavior has been erratic, hostile, and invasive, including her creation of new email accounts to evade Defendant's email blocks and her issuance of fraudulent 1099s in a deceased person's name. Defendant has taken reasonable steps to avoid communication with Plaintiff, yet, Plaintiff's actions continue to escalate, impacting Defendant's safety and the fairness of the case. A mental health evaluation is necessary to determine Plaintiff's capacity to engage responsibly in this litigation. This request is made solely to ensure the well-being of all parties involved and to allow for an orderly and fair litigation process.

## IV. PUBLIC INTEREST AND SAFETY CONCERNS

**1. Public Interest Argument:**

Transferring this case to Georgia serves the public interest, as it aligns with Georgia's role in enforcing its prior court orders and judgments against Plaintiff. The Georgia court's familiarity with Plaintiff's misconduct promotes judicial efficiency and ensures that Georgia's interest in protecting its residents from ongoing financial and emotional harm is upheld.

**2. Safety Concerns:**

In April 2022 immediately after defendant posted review online Muldrow was contacted asking her to please be careful and watch her surroundings when she goes out because Crittendon shouted to the ward " I am going to kill your daughter". Therefore, Defendant believes traveling to California will be a threat to her safety and asking Defendant to come to California for court is a way to lure the Defendant to Plaintiff.

Plaintiff's repeated threats and harassment have caused Defendant to fear for their personal safety. Given the disturbing and escalating nature of Plaintiff's communications, conducting the case in Georgia—where Defendant has local support networks and access to resources—is necessary to ensure Defendant's safety and participation in these proceedings without intimidation.

**V. LEGAL GROUNDS FOR TRANSFER UNDER 28 U.S.C. § 1404(a)**

Under 28 U.S.C. § 1404(a), a court may transfer a case to another jurisdiction for the convenience of parties and witnesses and in the interests of justice. The following factors support transferring this case to Georgia:

**1. Convenience of Witnesses and Parties:**

Key witnesses reside in Georgia, Indiana and North Carolina, both of which are closer to Georgia than the current venue. Defendant's caregiving duties further justify a Georgia venue, as travel poses a substantial hardship.

**2. Judicial Efficiency and Familiarity with the Case:**

The Georgia court's prior judgment on Plaintiff's fraudulent conduct, including its injunction, provides the court with direct oversight and knowledge of the case. Handling the case in Georgia avoids duplicative judicial efforts, promoting consistency across related claims.

**3. Significant Financial Hardship and Cost of Living:**

Defendant faces financial hardship due to the $4,139,775.00 in fraudulent 1099s and the $165,000 IRS tax bill caused by Plaintiff. The high cost of living and legal fees in California make it difficult for Defendant to secure representation, while Georgia's lower costs make it feasible to pursue a fair defense.

**4. Potential Counterclaims Related to Reputational Harm in Georgia:**

Defendant's intended counterclaims are tied to the plaintiff's public statements in direct response of review in question, which caused reputational harm within Georgia. Consolidating all claims in one forum will serve judicial economy and avoid fragmented litigation.

**V. REQUEST FOR RELIEF**

In light of the above, Defendant respectfully requests the following relief:

**Transfer of Venue:**

That this Court transfer venue to the United States District Court for the Northern District of Georgia, under 28 U.S.C. § 1404(a), given Defendant's personal hardship, witness convenience, judicial economy, and the serious safety concerns arising from Plaintiff's actions.

**Consideration of Counterclaims:**

That the Court acknowledge Defendant's potential counterclaims, including Intentional Infliction of Emotional Distress, Abuse of Process, Fraud, Defamation, False Light, Public Disclosure of Private Facts, Malicious Prosecution, Civil Conspiracy, Harassment or Vexatious Litigation, Contempt of Court, Tortious Interference with Guardianship Duties, and Intentional Interference with Prospective Economic Advantage. Defendant requests that these counterclaims be considered in the transfer decision to ensure they can be fully addressed in Georgia.

**Request for Mental Health Evaluation:**

Due to Plaintiff's escalating harassment, threatening communications, issuance of 2 fraudulent 1099 in her deceased daughter's name, statements suggesting that her deceased daughter encouraged her to harm Defendant, and Plaintiff's repeated attempts to evade email blocks by creating new email addresses, Defendant respectfully requests that the Court consider ordering a mental health evaluation of Plaintiff. This evaluation is crucial to ensure the fairness, integrity, and orderly progress of these proceedings.

**4. Protective Order:**

Given the financial impact and ongoing harm caused by Plaintiff's conduct, including fraudulent 1099 filings, repeated creation of new email addresses to continue harassment after being blocked, and threatening communications, Defendant requests that the Court issue a protective order to prevent Plaintiff from issuing further fraudulent 1099s or engaging in any direct harassment or communication with Defendant or the ward.

**VI. CONCLUSION**

For the reasons stated above, Defendant respectfully prays that this Court grant the requested transfer of venue to Georgia to promote fairness, efficiency, and convenience for all involved parties, and to order a mental health evaluation and protective order as outlined.

*Respectfully Submitted,*

*Angelica Muldrow November 2,2024*

Print Name: Angelica Muldrow

1  Angelica Muldrow
2  15 Franklin st 235
3  Avondale Estates Ga 30002
4  angelicamuldrow@ymail.com
5  Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division ☐ San Francisco ☐ Oakland

|  |  |
|---|---|
| Ajeenah Crittendon, EZ E-file Tax Preparers | Case Number: 3:22-cv-09153-RS |
|  | **DECLARATION IN SUPPORT OF MOTION** |
| Plaintiff, | **TO TRANSFER VENUE AND REQUEST** |
| vs. | **FOR MENTAL HEALTH EVALUATION** |
|  | November 2, 2024 |
| Angelica Muldrow | Hon Richard Seeborg |
|  |  |
| Defendant. |  |

1. I am Angelica Muldrow the Defendant in this case
2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.
3. In 2021 I became extremely concerned for my mothers safety while she was under guardianship of the plaintiff, as a result of me raising concerns Plaintiff stated she would issue me 1099 tax forms and began an ongoing pattern of harrassment
4. In 2022 Plaintiff issued me 2 fraudulent 1099 tax forms totaling in $350,000. I sued Plaintiff and Fraud Judgement was entered against Plaintiff as well as an order to correct tax forms to $0.
5. Plaintiff has not corrected tax forms and I received a bill from IRS for $167,000.00 I did not work during the tax reporting period so the entire $167,000 bill is solely a result of the fraudulent 1099 Plaintiff refuses to correct.
6. I am facing financial hardship due to the Plaintiff.
7. I have received $4,139,775.00 in 1099s issued to both me and my ward/mother.
8. The defendant sent a disturbing email in December 2023 which made me raise concerns about her ability to think rationally. She made statements about hearing her deceased daughters voice and stated they were working together to "get me" shortly after I received a 1099 from Andrea Taylors estate who is Ajeenah Crittendon deceased child. The email also, attacks/threatens/harasses Defendants mother, brother, father and Crittendon's twin sister who is also Muldrow's aunt. I am deeply concerned with Crittendon's harassment of her entire family and concerned for all of our safety.
9. I received a phone call the day I left the review on the business asking me to please be careful and watch my surroundings and my children when I go out because Plaintiff shouted I am going to kill your daughter! To the Defendant's mother.

10. I have blocked multiple email addresses that Plaintiff has used to contact me however she creates or logs in to a new email address each time I block her email address

11. I have received 20-30 letters and 1099s in the mail from the Plaintiff since 2023

12. I was issued a 1099 from Steve Kyles Ajeenah Crittendon's husband within the same time frame that I received 1099s from her deceased daughter and from Ajeenah Crittendon. Steve Kyles also is employed by EZE File Tax Preparers . I believe all forms were issued by or on behalf of Ajeenah Crittendon. I have only met Steve Kyles once in the 20 plus years he has been in Plaintiff's life.

13. I received a response to the review I left on EZE file tax Preparers business stating that I suffered from mental illness and that I was the daughter of the CEO. The review was published publicly online. I do not suffer from mental illnesses in Plaintiff's response to my review and I am not the daughter of the CEO.

14. I am concerned for my safety and the safety of my ward and dependents due to the escalated harassment.

15. My financial resources are currently being tied up due to Plaintiff's fraudulent actions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Respectfully Submitted,*

*Angelica Muldrow November 2,2024*

Print Name: Angelica Muldrow